UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
In the matter of the Trusteeship Created by JER CRE CDO  :
2005-1, Limited and JER CRE CDO 2005-1, LLC,         :
Relating to the Issuance of Notes in the Original Aggregate  :
Principal Amount of $300,575,000                :
-------------------------------------------------------------------X

No. 13-CV-2232 (JSR)

## AMENDED RULE 7.1 STATEMENT ON BEHALF OF
## DEFENDANT MORGAN STANLEY & CO. LLC

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant Morgan Stanley & Co. LLC hereby states as follows:

Morgan Stanley & Co. LLC is a limited liability company whose sole member is Morgan Stanley Domestic Holdings, Inc., a corporation wholly owned by Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Morgan Stanley.  Morgan Stanley is a publicly held corporation that has no parent corporation.

Based on Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc. 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common stock.

Dated:  New York, New York
       April 9, 2013

Respectfully submitted,
By  /s/  Brian S. Fraser

Brian S. Fraser
*bfraser@rkollp.com*
Daniel L. Stein
*dstein@rkollp.com*
Richards Kibbe & Orbe LLP
One World Financial Center
New York, New York 10281
Tel: (212) 530-1800
Fax: (212) 530-1801
Attorneys for Defendant
Morgan Stanley & Co. LLC