UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the Trusteeship Created by JER CRE CDO 2005-1, Limited and JER CRE CDO 2005-1, LLC, Relating to the Issuance of Notes in the Original Aggregate Principal Amount of $300,575,000,<br><br>                Plaintiff,<br><br>v.<br><br>Morgan Stanley & Co.,<br><br>                Defendant. | Case No. 1:13-cv-02232 (JSR )<br><br>ECF Case<br><br>NOTICE OF APPEARANCE OF ALEXANDER MALYSHEV |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned counsel hereby enters an appearance as counsel for U.S. Bank National Association in the above captioned action. All pleadings, papers, and documents to be served upon U.S. Bank National Association shall be served upon the undersigned.

Dated: April 10, 2013

                Respectfully submitted,

                CARTER LEDYARD & MILBURN LLP

                By: _____
                      Alexander Malyshev
                2 Wall Street
                New York, NY 10005
                Telephone:   212-732-3200
                Facsimile:    212-732-3232
                E-mail:       malyshev@clm.com

                *Attorneys for U.S. Bank National Association, Trustee*