UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :

In the matter of the Trusteeship Created by JER     :
CRE CDO 2005-1, Limited and JER CDO 2005-1,  :
LLC, Relating to the Issuance of Notes in the      :
Original Aggregate Principal Amount of         :
$300,575,000                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

13-cv-2232 (JSR)

ECF CASE

**NOTICE OF APPEARANCE OF**
**ROBYN H. FRUMKIN**

**PLEASE TAKE NOTICE** that Robyn H. Frumkin of the law firm of Richards Kibbe & Orbe

LLP, who is admitted to practice before this Court, hereby enters her appearance in the above-

captioned matter as counsel for Defendant Morgan Stanley & Co. LLC.


Dated: New York, New York
          April 12, 2013

RICHARDS KIBBE & ORBE LLP


By: /s/ Robyn H. Frumkin

Robyn H. Frumkin, Esq.
One World Financial Center
New York, New York 10281
(212) 530-1800 (Telephone)
(212) 530-1801 (Facsimile)
rfrumkin@rkollp.com

*Attorneys for Morgan Stanley & Co. LLC*